UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA SUPREME COURT,<br><br>　　　　Respondent. | No. 2:16-cv-98-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On June 6, 2016, the court reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The court found that petitioner had not used the proper form petition and his grounds for relief could not be readily identified. The court found that it could not determine from the filing the nature of petitioner's intended grounds for relief or discharge its duty under Rule 4. See L.R. 190(e); Rule 2(c), Fed. R. Governing § 2254 Cases. ECF No. 7. Accordingly, the court granted petitioner thirty days to file an amended petition and warned him that failure to comply would result in this action being dismissed. The time for acting has passed and petitioner has not filed an amended petition, or otherwise responded to the court's order.

/////

1

A party's failure to comply with any order or with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. Local Rule 110. The court may dismiss an action with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

Accordingly, it is hereby ORDERED that this action is DISMISSED and the court declines to issue a certificate of appealability.

Dated: July 11, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE